IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02451-PAB-MJW

VELDON L. GRASMICK, et al.,

Plaintiff(s),

v.

MIAMI-YODER SCHOOL DISTRICT JT-60, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Joint Motion for Expedited Entry of Protective Order (docket no. 42) is GRANTED finding good cause shown. The written Protective Order (docket no. 42-1) is APPROVED and made an Order of Court.

Date: March 29, 2010