IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02451-PAB-MJW

VELDON L. GRASMICK, et al.,

Plaintiff(s),

v.

MIAMI-YODER SCHOOL DISTRICT JT-60, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Unopposed Motion to Amend Scheduling Order (docket no. 50) is GRANTED finding good cause shown. The deadline to complete discovery is extended to July 30, 2010 and the deadline to file dispositive motions is extended to August 30, 2010. The Scheduling Order is amended consistent with this minute order.

Date: June 4, 2010