IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02451-PAB-MJW

VELDON L. GRASMICK, and
KELLY A. GRASMICK,

Plaintiff(s),

v.

MIAMI-YODER SCHOOL DISTRICT JT-60,
RICHARD WALTER, and
JIM DAY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Second Motion to Amend Scheduling Order for Limited Purposes (docket no. 55) is GRANTED finding good cause shown. The Rule Scheduling Order is amended to allow one additional deposition per side and is further amended to extend the discovery cut-off date to August 13, 2010, for the limited purpose of taking the deposition of Mike Geniesse. The parties shall forthwith meet, confer and set a date and time certain to take Mr. Geniesse's deposition on or before August 13, 2010. It appears that Mr. Geniesse is an employee of the Defendant Miami-Yoder School District JT-60 and therefore Defendant Miami-Yoder School District JT-60 shall produce Mr. Geniesse without subpoena for his deposition. See Defendant Miami-Yoder School District JT-60's Rule 26 Disclosure.

Date: July 29, 2010