IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02451-PAB-MJW

VELDON L. GRASMICK, et al.,

Plaintiff(s),

v.

MIAMI-YODER SCHOOL DISTRICT JT-60, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order to Extend Dispositive Motion Deadline, DN 61, filed with the Court on August 9, 2010, is GRANTED and the dispositive motion deadline is extended up to and including September 30, 2010.

Date: August 12, 2010